IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROSEMARIE ST. LO, individually and
d/b/a Ranaad LLC,

      Plaintiff,

vs.                                                                                                                    No. CIV 12-0385 JB/WPL

HERNY WILLIAM WATERS; HERMANN
& WATERS CONSTRUCTION/DEVELOPMENT
LLC; and H. WATERS/EDDY DEVELOPMENT
LLC,

      Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Stipulation of Dismissal, filed April 3, 2013 (Doc. 28). All parties stipulate that the case should be "dismissed with prejudice, all matters in controversy having been settled." Stipulation of Dismissal at 1. The Stipulation of Dismissal therefore disposes of all claims against all parties in the case, and the Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered, that the Plaintiff Rosemarie St. Lo's Original Complaint, filed April 13, 2012 (Doc. 2), and St. Lo's claims against Defendants Henry William Waters, Hermann & Waters Construction/ Development LLC, and H. Waters/Eddy Development LLC, are dismissed with prejudice.

                                                                                         _____
                                                                                          UNITED STATES DISTRICT JUDGE

-2-

*Counsel:*

Robert A. Skipworth
El Paso, Texas

    *Attorney for the Plaintiff*

Dick A. Blenden
Blenden Law Firm, P.A.
Carlsbad, New Mexico

    *Attorneys for the Defendants*